CHARLES SEAMAN, Appellant, v. EDNA M. SEAMAN, Respondent.— 

No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.